IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the June 22, 2002, Barrera/Morales Event, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-04-146 |
| ROLANDO C. LIMON a/k/a ROLANDO MORALES LIMON, Individually and d/b/a PONCHO'S MEXICAN NUEVO RESTAURANT a/k/a PONCHOS RESTAURANT, | § § § § § § | |
| Defendant. | § § | |

United States District Court
Southern District of Texas
FILED

AUG 1 9 2004

Michael N. Milby
Clerk of Court

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

The following is a list of all persons or entities known to have a financial interest in the outcome of this case:

1.  Garden City Boxing Club, Inc.
    2380 S. Bascom Avenue, Suite 100
    Campbell, California 95008

2.  Secure Signal, Inc.
    1515 South Federal Highway, Suite 211
    Boca Raton, FL 33432

3.  Michael L. Metzner, P.A.
    1515 South Federal Highway, Suite 211
    Boca Raton, FL 33432

3.  Korn, Bowdich & Diaz, L.L.P.
    4221 Avondale Ave.
    Dallas, Texas 75219

4. Roland C. Limon a/k/a Rolando Morales Limon
808 N. Cage Blvd.
Pharr, Texas 78577

Respectfully submitted,

By: /s/ Andrew R. Korn
ANDREW R. KORN
State Bar No. 11683150
Southern District Bar No. 13801
Attorney-in-charge

KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Ave.
Dallas, Texas 75219
(214) 521-8800 - Telephone
(214) 521-8821 – Telecopy
www.kbdtexas.com

ATTORNEYS FOR PLAINTIFF
GARDEN CITY BOXING CLUB, INC.