IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 19 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action B-04-146 |
| § | |
| ROLANDO C. LIMON, a/k/a ROLANDO § | |
| MORALES LIMON, individually and § | |
| d/b/a PONCHO'S MEXICAN NUEVO § | |
| RESTAURANT a/k/a § | |
| PONCHOS RESTAURANT § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED that on January 19, 2005, the Court **ORDERED** the plaintiff to file a status report with the Court.

Plaintiff Garden City Boxing Club, Inc. ("plaintiff"), filed suit against defendant on August 19, 2004, alleging violations of the Federal Communication Act of 1934, mainly 47 U.S.C. §§ 553, 605 [Dkt. No. 1]. That same day, a summons was issued for the defendant. On August 20, this Court ordered the parties to appear on January 24, 2005, at 9:45 a.m. for an initial pretrial conference [Dkt. No. 3]. The plaintiff has not filed a return of service receipt demonstrating service upon the defendant with the Court. Furthermore, the defendant has failed to file anything with the Court. In fact, 5 months have passed since any activity occurred in this case.

Accordingly, the plaintiff is **ORDERED** to file a status report with the Court no later than 3 p.m. on January 21, 2005. If the plaintiff files the report by this time, the initial

1

pretrial conference set for before this Court on January 24, 2005, at 9:45 a.m., is **CANCELLED**. The parties will be notified when a subsequent initial pretrial conference is scheduled.

    DONE at Brownsville, Texas, this 19th day of January, 2005.

                                                    Hilda G. Tagle
                                                    United States District Judge