KORN BOWDICH DIAZ

L.L.P.

Andrew R. Korn
Board Certified-Civil Appellate Law
Texas Board of Legal Specialization

United States District Court
Southern District of Texas
FILED

JAN 2 1 2005

Michael N. Milby
Clerk of Court

October 21, 2004

Re: Civil Action No. B-04-146; *Garden City Boxing Club, Inc., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event v. Rolando C. Limon a/k/a Rolando Morales Limon, Individually and d/b/a Poncho's Mexican Nuevo Restaurant a/k/a Ponchos Restaurant*; In the United States District Court for the Southern District of Texas, Brownsville Division
KBD File No. 901352

VIA TELEPHONIC DOCUMENT TRANSFER      (956-574-7416)

Honorable Hilda G. Tagle
United States District Court
Southern District of Texas
600 E. Harrison, Room 306
Brownsville, Texas 78520

**STATUS REPORT**

United States District Court
Southern District of Texas
FILED

JAN 2 1 2005

Michael N. Milby, Clerk of Court

Dear Judge Tagle:

Pursuant to your *Order* of January 19, 2005 requesting a Status Report regarding service on the above referenced matter. Attached are documents from our Process Server, Professional Civil Process ("PCP"), including the Activity Report confirming service. The Defendant, Rolando C. Limon, was personally served on January 19, 2005. We are awaiting the original Return of Service and Summons from PCP to file with the Court.

Respectfully submitted,

Andrew R. Korn
ATTORNEY FOR GARDEN CITY BOXING CLUB, INC

ARK/cb
Enclosures

Jan.21. 2005  3:00PM    KBD                                          No.8779   P. 2

| Jan 21, 2005<br>14:24:58 | | Professional Civil Process<br>Activity Report<br>01/06/05 - 01/21/05 | | Page: 1 |
|---|---|---|---|---|

| Served Papers<br>Clt Ref# | Name | Served | Address | |
|---|---|---|---|---|
|  | Rios, Felix Rosendo | 01/08/05 | 10335 Lybert Rd.<br>Houston TX 77041 | H01050047 |
|  | Gonzalez, Daniel Pedro | 01/11/05 | 8400 S Gessner<br>Houston TX 77074 | H01050235 |
| 901352 | Limon, Rolando | 01/19/05 | 808 N. Cage Blvd.<br>Pharr TX 78577 | V01050264 |
| Served Papers | | 3 | | |

Professional Civil Process - serving the legal profession since 1978                Page 1 of 1



**Served**

Click to Close      Send us ▓▓▓▓ information       🖨 Print Page

**STATUS:** Served 01/19/2005 Personally     **PCP#:** V01050264 m
**DATE RECD:** 01/12/2005                   click here ⊙ to view Tracking Log
**CLIENT:** Korn, Andrew
**CONTACT:** Mr. Andrew Korn
**YOUR REF#:** 901352
**COURT:**
**COUNTY:**
**CASE#:** B-04-146
**PLAINTIFF:** GARDEN CITY BOXING CLUB, INC. ET AL.
**DEFENDANT:** ROLANDO C. LIMON A/K/A ROLANDO MORALES LIMON, ET.AL.
**NAME TO SERVE:** Limon, Rolando
**DOCUMENTS:** SUMMONS AND COMPLAINT

| HOME | WORK |
|---|---|
| **Address:** 808 N. Cage Blvd. | **Address:** 2802 N. Cage Blvd. |
| **C/S/Z:** Pharr TX 78577 | **C/S/Z:** Pharr TX 78577 |
| **County:** Hidalgo | **County:** Hidalgo |

**Served:** 01/19/2005 15:15:00
**Upon:** Limon, Rolando
**Address:**
: Pharr TX 78577
**County:** Hidalgo

**ATTEMPTS OF SERVICE:**
01/19/2005 11:00 AM
2802 N. Cage Blvd. Pharr TX 78577
SERVER WAITED FOR AN HOUR AND SUBJECT DID NOT COME IN. HE HAD STATED THAT HE WOULD B
HERE, BUT HE DID NOT SHOW UP.