2. I was the private process server in this case who served Defendant Rolando Limon a/k/a Rolando Morales Limon, individually and d/b/a Poncho's Mexican Nuevo Restaurant a/k/a Ponchos Restaurant ("Defendant"). On January 19, 2005, at 3:15 P.m., I delivered the following documents to Defendant: (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Civil Cover Sheet*; (4) *Plaintiff's Certificate of Interested Persons*; and (5) *Order for Conference and Disclosure of Interested Parties*.

United States District Court
Southern District of Texas
FILED
FEB 1 2005
Michael N. Milby
Clerk of Court

_____
Dina Cantu
Printed Name

SUBSCRIBED AND SWORN TO BEFORE ME, an officer authorized to administer oaths, on this the 19 day of January, 2005, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

Cynthia C Rodriguez
Printed Name of Notary Public

My Commission Expires:
4-13-05

CYNTHIA C. RODRIGUEZ
Notary Public
State of Texas
My Comm. Exp. 4-13-2005

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Texas

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the
June 22, 2002, Barrera/Morales Event,

V.

ROLANDO C. LIMON a/k/a ROLANDO
MORALES LIMON, Individually and
d/b/a PONCHO'S MEXICAN NUEVO
RESTAURANT a/k/a PONCHOS
RESTAURANT,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-04-146**

TO: Rolando C. Limon a/k/a Rolando Morales Limon, individually and d/b/a Poncho's Mexican Nuevo Restaurant a/k/a Ponchos Restaurant

808 N. Cage Blvd., Pharr, Texas 78577; or

2802 N. Cage Blvd., Pharr, Texas 78577

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew R. Korn, Esq.
KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Avenue
Dallas, Texas 75219
214/521-8800

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                                8-19-04
_____     _____
CLERK                                                    DATE

_[signature]_
(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the June 22, 2002, Barrera/Morales Event,<br><br>Plaintiff,<br><br>v.<br><br>ROLANDO C. LIMON a/k/a ROLANDO MORALES LIMON, Individually and d/b/a PONCHO'S MEXICAN NUEVO RESTAURANT a/k/a PONCHOS RESTAURANT,<br><br>Defendant. | § § § § § § § § § § § § § § § § § | Civil Action No. H-04-146 |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned authority, on this day personally appeared _Dina Cantu_, who is personally known to me or presented a valid drivers' license to verify his identity, and who, after first being duly sworn under oath, deposes and states as follows:

1. "My name _Dina Cantu_, I am more than 21 years of age, of sound mind and competent to make this Affidavit. I am authorized to serve process. I have personal knowledge of the facts stated in this affidavit and the facts stated in this affidavit are true and correct. I am not a party to, nor do I have any interest in, the outcome of this case. I am familiar with the Federal Rules of Civil Procedure and other rules and statutes relating to service of summons and writs.

AFFIDAVIT OF SERVICE                                                                                                   Page 1
n:\901352\Service\ [SS# 02-0914DV-TX-74]