

L.L.P.

Andrew R. Korn
Board Certified-Civil Appellate Law
Texas Board of Legal Specialization

March 29, 2005

Re: Civil Action No. ▮▮▮▮▮▮▮ *Garden City Boxing Club, Inc., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event v. Rolando C. Limon a/k/a Rolando Morales Limon, Individually and d/b/a Poncho's Mexican Nuevo Restaurant a/k/a Ponchos Restaurant*; In the United States District Court for the Southern District of Texas, Brownsville Division
KBD File No. 901352

<u>VIA TELEPHONIC DOCUMENT TRANSFER</u>   (956-574-7416)

Honorable Hilda G. Tagle
United States District Court
Southern District of Texas
Attention: Ms. Stella Cavazos
600 E. Harrison, Room 306
Brownsville, Texas 78520

United States District Court
Southern District of Texas
RECEIVED

MAR 2 9 2005

Michael N. Milby, Clerk

Dear Ms. Cavazos:

Please be advised that the above-referenced matter has settled. We are requesting an additional ninety (90) days to provide the Defendant the opportunity to fulfill the terms of the settlement agreement. Thereafter, we will prepare and submit an Order of Dismissal with Prejudice and file it with the Court.

Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

Andrew R. Korn
ATTORNEY FOR GARDEN CITY BOXING CLUB, INC.

ARK/cba
Enclosures
cc: Ramon Garcia, Esq. (VIA TELEPHONIC DOCUMENT TRANSFER)



# KORN | BOWDICH & DIAZ

## L.L.P.

4221 Avondale Avenue　　　　web www.kbdtexas.com　　　　tel 214-521-8800
Dallas, Texas 75219　　　　　　　　　　　　　　　　　　　　　fax 214-521-8821

## TELEPHONIC DOCUMENT TRANSFER COVER SHEET

### DATE: March 29, 2005

| TO: | FACSIMILE NUMBER | TELEPHONE NUMBER |
|---|---|---|
| Ms. Stella Cavazos | 956-574-7416 | 956-548-2628 |
| Ramon Garcia, Esq. | 956-381-0825 | 956-383-7441 |

| | |
|---|---|
| **FROM:** Andrew R. Korn, Esq. | **TOTAL PAGES SENT:** 2 |
| **FILE NO:** 901352 | **RE:** Civil Action No. B-04-146; *Garden City Boxing Club, Inc., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event v. Rolando C. Limon a/k/a Rolando Morales Limon, Individually and d/b/a Poncho's Mexican Nuevo Restaurant a/k/a Ponchos Restaurant*; In the United States District Court for the Southern District of Texas, Brownsville Division |

### MESSAGE:

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message to Korn, Bowdich & Diaz, L.L.P. at the above address via the U.S. Postal Service at our expense. Thank you.