IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 8 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **GARDEN CITY BOXING CLUB, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action B-04-146 |
| | § | |
| **ROLANDO C. LIMON** | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on April 7, 2005, the Court considered plaintiff's letter motion dated March 29, 2005. Dkt. No. 9.

The Court ordered the parties to appear for an initial pretrial conference on April 25, 2005. Dkt. No. 8. The letter before the Court states that the parties have settled and requests an additional 90 days for the defendant to fulfill the terms of the agreement. Although not explicit, the Court construes plaintiff's letter as requesting postponement of the initial pretrial conference for a period of 90 days.

Due to the settlement of this case, this Court sees little utility in re-scheduling the pretrial conference. Accordingly, the initial pretrial conference set for April 25, 2005, is hereby **CANCELLED**. Dkt. No. 8. The plaintiff is **ORDERED** to submit a status report no later than June 28, 2005, at 3 p.m.

The Court admonishes the plaintiff to submit all future requests and notifications in proper motion format complying with the Federal and Local Rules of Civil Procedure.

DONE at Brownsville, Texas, this 7 day of April, 2005.

Hilda G. Tagle
United States District Judge

1