IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., <br> as Broadcast Licensee of the <br> June 22, 2002, Barrera/Morales Event, <br> <br> Plaintiff, <br> <br> v. <br> <br> ROLANDO C. LIMON a/k/a ROLANDO <br> MORALES LIMON, Individually and <br> d/b/a PONCHO'S MEXICAN NUEVO <br> RESTAURANT a/k/a PONCHOS <br> RESTAURANT, <br> <br> Defendant. | §§§§§§§§§§§§§§§§ | Civil Action No. B-04-146 |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Garden City Boxing Club, Inc. ("Plaintiff") and announces to the Court that the matters in controversy between the parties in the above-styled suit have been settled and compromised.

Therefore, Plaintiff requests that the Court sign the *Agreed Order of Dismissal with Prejudice* attached hereto that has been executed by the parties' counsel of record.

Respectfully submitted,

By: /s/ Andrew R. Korn
Andrew R. Korn
State Bar No. 11683150
Southern District Bar No. 13801

KORN, BOWDICH & DIAZ, LLP
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy
www.kbdtexas.com

ATTORNEY FOR PLAINTIFF
GARDEN CITY BOXING CLUB, INC.

CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I certify that I mailed a copy of this document on this 3rd day of May, 2005 as follows:

| | |
|---|---|
| Ramon Garcia, Esq.<br>222 W. University Drive<br>Edinburg, Texas 78539-3301 | (VIA TELEPHONIC DOCUMENT TRANSFER) |

By: /s/ Andrew R. Korn
ANDREW R. KORN