IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the June 22, 2002, Barrera/Morales Event, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-04-146 |
| ROLANDO C. LIMON a/k/a ROLANDO MORALES LIMON, Individually and d/b/a PONCHO'S MEXICAN NUEVO RESTAURANT a/k/a PONCHOS RESTAURANT, | § § § § § § | |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the above-numbered and styled cause. Plaintiff KingVision Pay-Per-View, Ltd. ("Plaintiff") and Defendant Rolando C. Limon a/k/a Rolando Morales Limon, individually and d/b/a Poncho's Mexican Nuevo Restaurant a/k/a Ponchos Restaurant ("Defendant") appeared by and through their respective attorneys of record and announced to the Court that all matters related to this action had been settled and compromised. Plaintiff and Defendant announced to the Court that they agree to dismiss their claims with prejudice to re-filing of same, and that each party will bear their own costs.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Defendant, as well as any claim that Defendant could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all costs of court shall be borne by the party incurring same.

As the Court intends for this *Agreed Order of Dismissal With Prejudice* to be a final judgment, any relief not expressly granted herein is hereby DENIED.

SIGNED this _____ day of _____, 2005 at Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: /s/ Andrew R. Korn
Andrew R. Korn
State Bar No. 11683150
Southern District Bar No. 13801

KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Ave.
Dallas, Texas 75219
(214) 521-8800 - Telephone
(214) 521-8821 – Telecopy

ATTORNEYS FOR PLAINTIFF
GARDEN CITY BOXING CLUB, INC.

By: /s/ Ramon Garcia
Ramon Garcia, Esq.
State Bar No. 07641800

222 W. University Drive
Edinburg, Texas 78539-3301
(956) 383-7441 – Telephone
(956) 381-0825 – Telecopy

ATTORNEY FOR DEFENDANT