IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GARDEN CITY BOXING CLUB, INC.** | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action B-04-146 |
| **ROLANDO C. LIMON** | § § | |
| Defendant. | § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on May 5, 2005, the Court considered plaintiff's "Motion to Dismiss with Prejudice." Dkt. No. 11. Therein, the plaintiff, Garden City Boxing Club, Inc., ("Plaintiff"), and Defendant Rolando C. Limon a/k/a Rolando Morales Limon, individually and d/b/a Poncho's Mexican Nuevo Restaurant a/k/a Ponchos Restaurant ("Defendant"), appear by and through their respective attorneys of record and announce to the Court that all matters related to this action have been settled and compromised. Plaintiff and Defendant further declare to the Court that they agree to dismiss their claims with prejudice to re-filing of same, and that each party will bear their own costs. All parties to the above styled litigation have signed the motion. See Fed.R.Civ.Pro. 41(a)(1). It is therefore

**ORDERED** that Plaintiff's claims against Defendant, as well as any claim that Defendant could have brought against Plaintiff, are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all costs be borne by the party incurring same.

As the Court intends for this Agreed Order of Dismissal With Prejudice to be a final judgment, any relief not expressly granted herein is hereby **DENIED**.

The Court instructs the Clerk of Court to **CLOSE** this case.

DONE at Brownsville, Texas, this 5th day of May, 2005.

Hilda G. Tagle
United States District Judge